UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL DEVIN FLOYD,<br><br>        Plaintiff,<br><br>   v.<br><br>SANTA CLARA COUNTY DISTRICT ATTORNEY, et al.,<br><br>        Defendants. | Case No. 23-cv-02754-VKD<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the Honorable Charles R. Breyer for consideration of whether the case is related to Case No. 22-cv-00750-CRB *Floyd v. Santa Clara Department of Correction et al*. and Case No. 22-cv-00751-CRB *Floyd v. San Jose Police Department, et al*.

**IT IS SO ORDERED.**

Dated: June 20, 2023

VIRGINIA K. DEMARCHI
United States Magistrate Judge